UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN HENRY RANKIN-EL,                                    Civil No.  06-273 DSD/AJB

    Petitioner,

v.                                                                            O R D E R

CAROL HOLINKA, Warden, et al.,

    Respondents.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 25, 2007, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**.


DATED: February 13, 2007

                                                  s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court